IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN CONNER-CLEMENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-cv-1154 |
| ) | |
| TRINITY INDUSTRIES, INC., ) | Senior Judge Thomas A. Wiseman, Jr. |
| ) | |
| Defendant. ) | |

### ORDER of FINAL JUDGMENT

Plaintiff Carolyn Conner-Clement brings this action against defendant Trinity Marine Products, Inc. (incorrectly identified in the Complaint and case caption as "Trinity Industries, Inc.") (hereinafter, "Trinity"), asserting claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Tennessee Human Rights Act, the Tennessee Workers Compensation Act and the Tennessee common law for discrimination on the basis of sex, race and disability, as well as "retaliatory harassment, retaliatory discharge . . . , retaliation, hostile work environment, malicious harassment, outrageous conduct, and negligent infliction of emotional distress suffered as a result of Defendant's racial and handicap discrimination, retaliation and hostile work environment." (Compl. ¶ 1.)

Now before the Court is defendant Trinity's Motion for Summary Judgment (Doc. No. 21) as to all claims asserted by the plaintiff. For the reasons in the accompanying Memorandum Opinion, the Court finds that there are no material issues of disputed fact and that the defendant has established that it is entitled to judgment in its favor as a matter of law. Accordingly, the Motion for Summary Judgment is **GRANTED**, thus disposing of all claims asserted in the Complaint. **Judgment is hereby entered in favor of the defendant and this matter is DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge